ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DENNIS J. HANNA, CSBN 184476
Special Assistant United States Attorney
    Social Security Administration
    333 Market St., Suite 1500
    San Francisco, CA 94105
    Telephone: (415) 977-8962
    Facsimile: (415) 744-0134
    Email: Dennis.Hanna@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BARBARA J. SANDERS,<br>    Plaintiff,<br>    v.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>    Defendant. | No. CV 01-09337 E<br><br>[~~PROPOSED~~]<br>**JUDGMENT** |

    The Court having approved the parties' stipulation to reopen this case for the purpose of entering judgment for Plaintiff, and because the proceedings on remand culminated in a decision favorable to Plaintiff and an award of disability benefits as of January 1, 2000, hereby grants judgment for Plaintiff.

DATED: 8/10/11

_____
HON. CHARLES F. EICK
United States Magistrate Judge